MEYER NITZBERG, Respondent, v. MORRIS GOODMAN, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

DANIEL RHOADES et al., Respondents, v. ABRAHAM ROBLES, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

JAMES A. BROWNE et al., Appellants, v. JOHN F. TROMMER, INC., et al., Respondents.— Orders unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

THOMAS L. CORCORAN et al., Plaintiffs, and JAMES A. BROWNE et al., Appellants, v. JOHN F. TROMMER, INC., Defendant, and GEORGE F. TROMMER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [203 Misc. 37.]

■

In the Matter of OLYMPIA RESTAURANT, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant, v. JACK JACOBS et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 696.]

■

WILLIAM J. H..LAW, Doing Business as WILLIAM J. H. LAW Co., Respondent, v. GARDNER CONSTRUCTION CORP., Appellant.— Order and interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 708.]

■

FRIEDA RADER et al., Appellants, v. MANUFACTURERS CASUALTY INSURANCE COMPANY OF PHILADELPHIA, PENNA., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

THOMAS J. FOX, Respondent-Appellant, v. PETER KIEWIT SONS' Co. et al., Appellants-Respondents.— Judgment and order unanimously affirmed. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.